IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMERICAN CHIROPRACTIC ASSOCIATION, *et al.* <br> *Plaintiffs* | : <br> : <br> : <br> : | CIVIL ACTION <br><br> NO. 12-7243 |
| v. | : <br> : | |
| AMERICAN SPECIALTY HEALTH INCORPORATED, *et al.* <br> *Defendants* | : <br> : <br> : | |

## ORDER

**AND NOW**, this 27th day of March 2014, upon consideration of the motions to dismiss Plaintiffs' complaint filed by Defendants American Specialty Health Inc., American Specialty Health Networks, Inc., CIGNA Corporation and Connecticut General Life Insurance Company pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) [ECF 41 and 43], Plaintiffs' omnibus opposition thereto [ECF 51], Defendants' replies thereto [ECF 54 and 55], the allegations contained in the complaint [ECF 1], and for the reasons set forth in the accompanying memorandum opinion, it is hereby **ORDERED** that the motions to dismiss are **GRANTED**, and Plaintiffs' complaint is **DISMISSED**.

BY THE COURT:

_____
NITZA I. QUIÑONES ALEJANDRO, J.